Name
_____

Prison Number
_____

Place of Confinement
_____

_____

Address
_____

Telephone
_____


RECEIVE[
DEC 15 2020
Clerk, U.S. District Court
Fairbanks AK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

David Ambrose ,

Plaintiff,

vs.

_____

_____ ,

Defendant(s).

Case No. _____

## M O T I O N

to/for Electronic communications

I, David Ambrose , a self represented prisoner, move

907-251-1730

to/for Electronic communications ambrosedavid000@gmail.com

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): lack of haste. Not sure if this is

the correct form. _____

PS15 (06/09)                                                                 Prisoner's Motion

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, _David Bridge_ , declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _12-14-2020_ , at _11:50 a m_ .

_____
                                    Signature

## Certificate of Service

I certify that, on _____ a copy of this motion
                   (Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on _____
                                        (Opposing Party or Counsel)

at _____ .
                        (Address)

_____        _____

PS15 (06/09)                                    Prisoner's Motion

Page 2 of 3

Case 4:20-cv-00043-TMB   Document 4   Filed 12/10/20   Page 2 of 2